**Billie THOMPSON, Patricia Brown, Plaintiffs–Appellants,**

v.

**GLADES COUNTY BOARD OF COUNTY COMMISSIONERS, Glades County School Board, Holly Whidden Green, Glades County Supervisor of Elections, Defendants–Appellees,**

**Robert Giesler, et al., Defendants.**

No. 05–10669.

United States Court of Appeals, Eleventh Circuit.

Nov. 27, 2007.

Neil Bradley, ACLU Foundation, Inc., Atlanta, GA, for Plaintiffs–Appellants.

Gavin Wallace O'Brien, Gavin W. O'Brien, P.A., Holmes Beach, FL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.